```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/8/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------x

VICTOR MANUEL MALDONADO, GUSTAVO PEREZ ZACA, ANTONIO MIGUEL JIMENEZ, and RICARDO ESPINOSA, individually and on behalf of others similarly situated,

                                  Plaintiffs,

-against-

CAPTAIN MIKE'S SEAFOOD RESTAURANT, INC. (D/B/A MUDVILLE 9), FIUME LLC (D/B/A MUDVILLE 9), ERIC B. SCHWIMMER, MARK ANDRUS, and MIKE BAKALIAN,

                                  Defendants.

--------------------------------------------------------------x

**MEMORANDUM ENDORSED**

Civ. No.: 1:18-cv-10499 (GHW)

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

       IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Victor Manuel Maldonado, Gustavo Perez Zaca, Antonio Miguel Jimenez, and Ricardo Espinosa (together herein "Plaintiffs") and Defendants Captain Mike's Seafood Restaurant, Inc. (d/b/a Mudville 9) ("Captain Mike's"), Fiume LLC (d/b/a Mudville 9), Eric B. Schwimmer, and Mark Andrus (together herein "Defendants"), through their undersigned attorneys who state that they have been authorized to enter into this Stipulation, that the Parties have agreed to amicably resolve any and all claims by Plaintiffs against Defendants in this action, including claims under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq., and have authorized their undersigned counsel to stipulate, consent, and agree to dismiss the instant action with prejudice to Plaintiffs. No attorneys' fees or costs will be awarded to any party by the Court, except as provided therein.

| | |
|---|---|
| *Attorneys for Plaintiffs Victor Manuel Maldonado, Gustavo Perez Zaca, Miguel Jimenez, and Ricardo Espinosa* | *Attorneys for Defendants Captain Mike's Seafood Restaurant, Inc. (d/b/a Mudville 9) ("Captain Mike's"), Fiume LLC (d/b/a Mudville 9), Eric B. Schwimmer, and Mark Andrus* |
| MICHAEL FAILLACE & ASSOCIATES, P.C.<br><br>60 East 42nd Street, Suite 4510<br>New York, N.Y. 10165<br>Tele. (212) 317-1200<br><br>By: _/s/_<br>Michael Faillace<br>Daniel Tannenbaum<br><br>Dated: 10/4/19 | JACKSON LEWIS P.C.<br><br>44 South Broadway, 14th Floor<br>White Plains, N.Y. 10601<br>Tele. (914) 872-8060<br><br>By: _/s/_<br>Jonathan M. Kozak<br>Isaac J. Burker<br><br>Dated: 10/4/19 |

For the reasons stated on the record during the hearing held on September 18, 2019, the Court finds the parties' proposed settlement to be fair and reasonable. Accordingly, the Court approves the parties' stipulated dismissal with prejudice pursuant to Rule 41(a)(2). The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: October 8, 2019
New York, New York

_____
GREGORY H. WOODS
United States District Judge